# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-2761
Lower Tribunal No. CF20-006340-XX

_____

JOSE ANTONIO CORCHADO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Susan L. Barber, Judge.

August 13, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and BROWNLEE, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Tosha Cohen, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Elba Caridad Martin, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED